# EXHIBIT

# 3

Recording Requested By:
PHH Mortgage Corporation (PHHM)

When Recorded Return To:

KORDE & ASSOCIATES PC
321 BILLERICA RD
SUITE 210
CHELMSFORD, MA 01824-4100

Doc# 00046004
Bk: 809 Pg: 132

page 1 of 1

A TRUE COPY
ATTEST:
Signature
Deputy Town Clerk

## CORPORATE ASSIGNMENT OF MORTGAGE

Jamestown Town, Rhode Island
SELLER'S SERVICING #: Redacted  "BEER"
SELLER'S LENDER ID#: LOGAST

MERS #: Redacted   SIS #: 1-888-679-6377

Date of Assignment: September 19th, 2013
Assignor: MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR MERRILL LYNCH CREDIT CORPORATION, ITS SUCCESSORS AND ASSIGNS at PO BOX 2026, FLINT, MI 48501-2026
Assignee: HSBC BANK USA NATIONAL ASSOCIATION AS TRUSTEE FOR J.P. MORGAN MORTGAGE TRUST 2007-A2 C/O PHH MORTGAGE CORPORATION at C/O PHH MTG CORP, 1 MORTGAGE WAY, MT LAUREL, NJ 08054

Executed By: PEGGY ANDERSON BEER A MARRIED WOMAN AND GARY MILES BEER A MARRIED MAN To: MERS AS NOMINEE FOR MERRILL LYNCH CREDIT CORPORATION
Date of Mortgage: 11/20/2006 Recorded: 11/20/2006 in Book/Reel/Liber: 608 Page/Folio: 48 as Instrument No.: 00030484 In Jamestown Town, State of Rhode Island.

Property Address: 31 CALVERT STREET, JAMESTOWN, RI 02835

KNOW ALL MEN BY THESE PRESENTS, that for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the said Assignor hereby assigns unto the above-named Assignee, the said Mortgage having an original principal sum of $759,050.00 with interest, secured thereby, with all moneys now owing or that may hereafter become due or owing in respect thereof, and the full benefit of all the powers and of all the covenants and provisos therein contained, and the said Assignor hereby grants and conveys unto the said Assignee, the Assignor's beneficial interest under the Mortgage.

TO HAVE AND TO HOLD the said Mortgage, and the said property unto the said Assignee forever, subject to the terms contained in said Mortgage.

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR MERRILL LYNCH CREDIT CORPORATION, ITS SUCCESSORS AND ASSIGNS
On 9-20-13

By: 
DANA CONSALO, Assistant Secretary

STATE OF NJ
COUNTY OF Burlington

On 9-20-13, before me, Gladys Laboy, a Notary Public in and for Burlington in the State of NJ, personally appeared DANA CONSALO, Assistant Secretary, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity, and that by his/her/their signature on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal,

Gladys Laboy
Notary Expires: 6/12/17

GLADYS LABOY
ID # 2360690
NOTARY PUBLIC
STATE OF NEW JERSEY
My Commission Expires June 12, 2017

(This area for notarial seal)

RECEIVED FOR RECORD
Oct 04, 2013 12:34P
JAMESTOWN TOWN CLERK
CHERYL A. FERNSTROM, CMC

*KG*KGPHHM*09/19/2013 02:55:01 PM* PHHM01PHHMA00000000000000000007098* RI_JAME* Redacted RISTATE_MORT_ASSIGN_ASSN **KGPHHM*