# EXHIBIT 6

| DATE | 3/1/2018 | | | | | | | | | | | PHH MORTGAGE SERVICES |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | | | | | | | | 1 MORTGAGE WAY |
| | | | | | | | | | | | | MT LAUREL, NJ  08054 |

**CUSTOMER ACCOUNT ACTIVITY STATEMENT**

| MORT NAME | GARY BEER |
| --- | --- |
| STREET | 31  CALVERT PL |
| CITY STATE ZIP | JAMESTOWN, RI, 02835 |

LOAN NUMBER:  Redacted

ACTIVITY FOR PERIOD 01/01/2017 - 12/31/2017

| Loan Number | Transaction Date | Transaction Code | Due Date | Fees Assessed | Fees Paid | Suspense Amount | Principal Amount | Interest Amount | Escrow Amount | Advance Amount | Total Amount | Principal Balance | Escrow Balance | Advance Balance | Suspense Balance |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Redacted | 1/1/2017 | | | | | | | | | | | 613989.15 | -51956.90 | 13829.92 | 0.00 |
| Redacted | 1/6/2017 | 132 | | 11.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 11.00 | 613989.15 | -51956.90 | 13829.92 | 0.00 |
| Redacted | 2/6/2017 | 132 | | 11.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 11.00 | 613989.15 | -51956.90 | 13829.92 | 0.00 |
| Redacted | 2/9/2017 | 313 | 1/1/2017 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -1735.80 | 0.00 | 0.00 | 613989.15 | -53692.70 | 13829.92 | 0.00 |
| Redacted | 3/2/2017 | 132 | | 11.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 11.00 | 613989.15 | -53692.70 | 13829.92 | 0.00 |
| Redacted | 3/30/2017 | 132 | | 11.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 11.00 | 613989.15 | -53692.70 | 13829.92 | 0.00 |
| Redacted | 4/28/2017 | 132 | | 11.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 11.00 | 613989.15 | -53692.70 | 13829.92 | 0.00 |
| Redacted | 5/22/2017 | 313 | 4/1/2017 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -1735.80 | 0.00 | 0.00 | 613989.15 | -55428.50 | 13829.92 | 0.00 |
| Redacted | 6/27/2017 | 132 | | 11.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 11.00 | 613989.15 | -55428.50 | 13829.92 | 0.00 |
| Redacted | 7/31/2017 | 132 | | 11.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 11.00 | 613989.15 | -55428.50 | 13829.92 | 0.00 |
| Redacted | 8/23/2017 | 313 | 7/1/2017 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -1751.96 | 0.00 | 0.00 | 613989.15 | -57180.46 | 13829.92 | 0.00 |
| Redacted | 8/28/2017 | 132 | | 11.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 11.00 | 613989.15 | -57180.46 | 13829.92 | 0.00 |
| Redacted | 9/6/2017 | 132 | | 11.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 11.00 | 613989.15 | -57180.46 | 13829.92 | 0.00 |
| Redacted | 10/2/2017 | 132 | | 11.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 11.00 | 613989.15 | -57180.46 | 13829.92 | 0.00 |
| Redacted | 10/16/2017 | 351 | 11/1/2017 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -6870.00 | 0.00 | 0.00 | 613989.15 | -64050.46 | 13829.92 | 0.00 |
| Redacted | 11/9/2017 | 630 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 47.50 | 0.00 | 613989.15 | -64050.46 | 13877.42 | 0.00 |
| Redacted | 11/9/2017 | 630 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 95.00 | 0.00 | 613989.15 | -64050.46 | 13972.42 | 0.00 |
| Redacted | 11/9/2017 | 630 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 560.00 | 0.00 | 613989.15 | -64050.46 | 14532.42 | 0.00 |
| Redacted | 11/9/2017 | 630 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 140.00 | 0.00 | 613989.15 | -64050.46 | 14672.42 | 0.00 |
| Redacted | 11/9/2017 | 630 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 210.00 | 0.00 | 613989.15 | -64050.46 | 14882.42 | 0.00 |
| Redacted | 11/9/2017 | 630 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 17.50 | 0.00 | 613989.15 | -64050.46 | 14899.92 | 0.00 |
| Redacted | 11/9/2017 | 630 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 35.00 | 0.00 | 613989.15 | -64050.46 | 14934.92 | 0.00 |
| Redacted | 11/9/2017 | 632 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 7.34 | 0.00 | 613989.15 | -64050.46 | 14942.26 | 0.00 |
| Redacted | 11/9/2017 | 632 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 6.77 | 0.00 | 613989.15 | -64050.46 | 14949.03 | 0.00 |
| Redacted | 11/9/2017 | 632 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 7.54 | 0.00 | 613989.15 | -64050.46 | 14956.57 | 0.00 |
| Redacted | 11/17/2017 | 313 | 10/1/2017 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -1751.93 | 0.00 | 0.00 | 613989.15 | -65802.39 | 14956.57 | 0.00 |
| Redacted | 12/6/2017 | 132 | | 11.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 11.00 | 613989.15 | -65802.39 | 14956.57 | 0.00 |
| Redacted | 12/31/2017 | | | | | | | | | | | 613989.15 | -65802.39 | 14956.57 | 0.00 |

```
DATE         3/1/2018                                                                                              PHH MORTGAGE SERVICES
                                                                                                                         1 MORTGAGE WAY
                                                                                                                      MT LAUREL, NJ  08054
```

**CUSTOMER ACCOUNT ACTIVITY STATEMENT**

```
MORT NAME        GARY BEER
STREET           31  CALVERT PL
CITY STATE ZIP   JAMESTOWN, RI, 02835


LOAN NUMBER:  Redacted
```
ACTIVITY FOR PERIOD 01/01/2018 - 03/01/2018

| Loan Number | Transaction Date | Transaction Code | Due Date | Fees Assessed | Fees Paid | Suspense Amount | Principal Amount | Interest Amount | Escrow Amount | Advance Amount | Total Amount | Principal Balance | Escrow Balance | Advance Balance | Suspense Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Redacted | 1/1/2018 | | | | | | | | | | | 613989.15 | -65802.39 | 14956.57 | 0.00 |
| Redacted | 1/9/2018 | 630 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 52.50 | 0.00 | 613989.15 | -65802.39 | 15009.07 | 0.00 |
| Redacted | 1/9/2018 | 630 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 577.50 | 0.00 | 613989.15 | -65802.39 | 15586.57 | 0.00 |
| Redacted | 1/9/2018 | 630 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 35.00 | 0.00 | 613989.15 | -65802.39 | 15621.57 | 0.00 |
| Redacted | 1/9/2018 | 630 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 87.50 | 0.00 | 613989.15 | -65802.39 | 15709.07 | 0.00 |
| Redacted | 1/9/2018 | 630 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 105.00 | 0.00 | 613989.15 | -65802.39 | 15814.07 | 0.00 |
| Redacted | 1/9/2018 | 630 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 822.50 | 0.00 | 613989.15 | -65802.39 | 16636.57 | 0.00 |
| Redacted | 1/11/2018 | 132 | | 11.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 11.00 | 613989.15 | -65802.39 | 16636.57 | 0.00 |
| Redacted | 2/9/2018 | 313 | 1/1/2018 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -1751.93 | 0.00 | 0.00 | 613989.15 | -67554.32 | 16636.57 | 0.00 |
| Redacted | 2/9/2018 | 132 | | 11.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 11.00 | 613989.15 | -67554.32 | 16636.57 | 0.00 |
| Redacted | 2/15/2018 | 632 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 265.00 | 0.00 | 613989.15 | -67554.32 | 16901.57 | 0.00 |
| Redacted | 3/1/2018 | | | | | | | | | | | 613989.15 | -67554.32 | 16901.57 | 0.00 |